AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 22-mj-00176-JPO |
| ) | |
| <u>LEWIS RIDGEWAY</u> ) | |
| *Defendant(s)* ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about May 12th, 2022, in the State and District of Colorado, Lewis RIDGEWAY, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

This criminal complaint is based on these facts:
See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/ Jonathan Dennis*
Complainant's signature

ATF SA Jonathan Dennis
*Printed name and title*

Sworn to before me and ☐
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: October 24, 2022

*James P. O'Hara*
Judge's signature

Magistrate Judge James P. O'Hara
*Printed name and title*

City and state:

Denver, CO