| | |
|---|---|
| DEFENDANT: | Lewis RIDGEWAY |
| YOB: | 1979 |
| ADDRESS | Arvada, Colorado |
| OFFENSE(S): | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Jefferson County, Colorado |
| PENALTY: | NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; If the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment. |
| AGENT: | Jonathan Dennis, Special Agent, ATF |
| AUTHORIZED BY: | Albert Buchman, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  x   five days or less       _____ over five days       _____ other

THE GOVERNMENT:

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

  The statutory presumption of detention is not applicable to this defendant.