IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    22-mj-176-JPO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEWIS BURTON RIDGEWAY,

        Defendant.

___

NOTICE OF APPEARANCE
___

        The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Jennifer Beck
        JENNIFER BECK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Jennifer_Beck@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

   I hereby certify that on October 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

  Albert C. Buchman, Assistant United States Attorney
  Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Lewis Burton Ridgeway (Via U.S. Mail)

             s/ Jennifer Beck
             JENNIFER BECK
             Assistant Federal Public Defender
             633 17th Street, Suite 1000
             Denver, CO  80202
             Telephone:  (303) 294-7002
             FAX:  (303) 294-1192
             Jennifer_Beck@fd.org
             Attorney for Defendant