# UNITED STATES DISTRICT COURT
для the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 OCT 31  AM 11: 14

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No.  22-mj-00176-JPO |
| | ) |
| LEWIS RIDGEWAY | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Lewis RIDGEWAY, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about May 12th, 2022, in the State and District of Colorado, Lewis RIDGEWAY, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

Date: October 24, 2022

_James P. O'Hara_
*Issuing officer's signature*

James P. O'Hara, U.S. Magistrate Judge

City and state: Denver, CO

### Return

This warrant was received on *(date)* 10/24/22, and the person was arrested on *(date)* 10/26/22
at *(city and state)* Denver, CO.

Date: 10/26/22

_____ 6289
*Arresting officer's signature*

Jon Denny
*Printed name and title*